**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Eliveiro PENA MEZA, Defendant— Appellant.**

**No. 02–50228,**

United States Court of Appeals, Ninth Circuit.

Submitted May 10, 2004.*

Decided May 20, 2004.

Mark A. Young, Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff–Appellee.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Eliveiro Pena Meza, Safford, AZ, pro se.

Myra Mossman, Santa Barbara, CA, for Defendant–Appellant.

Before: CANBY, KOZINSKI and PAEZ, Circuit Judges.

## MEMORANDUM **

Eliveiro Pena Meza appeals his guilty-plea conviction and 120–month sentence for conspiracy and distribution of cocaine, in violation of 21 U.S.C. § § 846 and 841(a)(1).

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Pena Meza has filed a brief stating there are no grounds for relief, and a motion to withdraw as counsel of record. Pena Meza has not filed a pro se supplemental brief, and the government has not filed an answering brief.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no grounds for relief. Counsel's motion to withdraw is GRANTED and the district court's judgment is AFFIRMED.

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.